**TROUTMAN SANDERS LLP**
Chad R. Fuller (SBN 190860)
chad.fuller@troutmansanders.com
Virginia B. Flynn (*pro hac vice*)
virginia.flynn@troutmansanders.com
11682 El Camino Real, Suite 400
San Diego, CA  92130-2092
Telephone: (858) 509-6056
Facsimile: (858) 509-6040

Attorneys for Defendant
Blue Shield of California Life & Health Insurance Company

**MANATT, PHELPS & PHILLIPS, LLP**
Christine M. Reilly (SBN 226388)
creilly@manatt.com
11355 W. Olympic Boulevard
Los Angeles, CA 90064
Telephone: (310) 312-4237
Facsimile: (310) 996-7037

Attorney for Defendant
SQM US, Inc.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anton Ewing Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SQM US, INC., an Idaho Corporation, BLUE SHIELD OF CALIFORNIA LIFE & HEALTH INSURANCE COMPANY, a California Corporation, DOES 1-100, ABC CORPORATIONS 1-100<br><br>Defendants. | CASE NO.  16-cv-1609 CAB-JLB<br><br>**NOTICE OF MOTION AND MOTION BY DEFENDANTS BLUE SHIELD OF CALIFORNIA LIFE & HEALTH INSURANCE COMPANY AND SQM US, INC. TO DISMISS COMPLAINT**<br>**[Fed. Rule Civ. Proc. 12(b)(1)]**<br><br>**[PER CHAMBERS, NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT]**<br><br>**JURY TRIAL DEMANDED**<br>**Hearing Date:** September 23, 2016<br>**Judge:** Hon. Cathy Ann Bencivengo<br>**Courtroom**: 4C 4th Floor (Schwartz) |

29065226v1     -3-     CASE NO. 16CV1609 CAB-JLB
DEFENDANTS' NOTICE OF MOTION & MOTION TO DISMISS COMPLAINT

TROUTMAN SANDERS LLP
11682 El Camino Real
Suite 400
San Diego, CA  92130-2092

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on September 23, 2016, or as soon thereafter as counsel may be heard in Department 4C of the above-entitled court, located at 221 West Broadway, San Diego, California 92101, Defendants Blue Shield of California and SQM US, Inc. (collectively, "Defendants") move this Court for an order granting their Motion to Dismiss Complaint of Anton Ewing pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, on the grounds that Plaintiff lacks Article III standing, and therefore, this Court lacks subject-matter jurisdiction.

**MOTION**

Defendants Blue Shield of California and SQM US, Inc. (collectively, Defendants") move this Court for an order granting their Motion to Dismiss Complaint of Anton Ewing pursuant to Federal Rule of Civil Procedure §12(b)(1), on the grounds that Plaintiff lacks Article III standing, and therefore, this Court lacks subject matter jurisdiction.

This motion is based on this Notice of Motion, the Memorandum of Points and Authorities, the pleadings, papers, and other documents on file in this action, and such further evidence or argument as the Court may properly consider at or before the hearing on this Motion.

Troutman Sanders LLP
11682 El Camino Real
Suite 400
San Diego, CA 92130-2092

29065226v1 — - 2 - — CASE NO. 16CV1609 CAB-JLB
DEFENDANTS' NOTICE OF MOTION & MOTION TO DISMISS COMPLAINT

| | |
|---|---|
| Dated: August 26, 2016 | Respectfully submitted, |
| | **TROUTMAN SANDERS LLP** |
| | By: /s/ *Chad R. Fuller* |
| | Chad R. Fuller |
| | Virginia Bell Flynn (*pro hac vice*) |
| | *Attorneys for Defendant* |
| | Blue Shield of California Life & Health Insurance Company |
| | |
| | **MANATT, PHELPS & PHILLIPS, LLP** |
| | By: /s/ *Christine M. Reilly* |
| | Christine M. Reilly |
| | *Attorney for Defendant* |
| | SQM US, Inc. |

TROUTMAN SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

29065226v1    -3-    CASE NO. 16CV1609 CAB-JLB
DEFENDANTS' NOTICE OF MOTION & MOTION TO DISMISS COMPLAINT

## CERTIFICATE OF CM/ECF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 26, 2016, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any counsel of record who have not consented to electronic service through the Court's CM/ECF system will be served by electronic mail, first class mail, facsimile, and/or overnight delivery.

*/s/ Chad R. Fuller*
Chad R. Fuller
chad.fuller@troutmansanders.com

TROUTMAN SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

29065226v1                                    - 4 -                    CASE NO. 16CV1609 CAB-JLB
DEFENDANTS' NOTICE OF MOTION & MOTION TO DISMISS COMPLAINT